# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3308

_____

KIRK FOSTER,

  Appellant,

v.

STATE OF FLORIDA,

  Appellee.

_____


On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

August 7, 2018


PER CURIAM.

  AFFIRMED.

WOLF, LEWIS, and RAY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kirk Foster, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Samuel B. Steinberg, Assistant Attorney General, Tallahassee, for Appellee.